UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

    Stephen M Sherwood
    Patty Jo Sherwood
          Debtor(s)

Case No. 14-35965

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/02/2014.

2) The plan was confirmed on 11/21/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/03/2015.

5) The case was converted on 09/16/2015.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,250.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,000.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,000.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,748.68 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $117.00 |
| Other | $134.32 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,000.00

Attorney fees paid and disclosed by debtor:  $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACTIVITY COLLECTION SERVICES | Unsecured | NA | 144.34 | 144.34 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 1,673.00 | 1,867.36 | 1,867.36 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 3,639.98 | 5,157.93 | 5,157.93 | 0.00 | 0.00 |
| DUPAGE COUNTY CIRCUIT COURT | Unsecured | 1,284.44 | 1,284.40 | 1,284.40 | 0.00 | 0.00 |
| GATEWAY FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Unsecured | 645.00 | 2,147.43 | 2,147.43 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 254.00 | 254.04 | 254.04 | 0.00 | 0.00 |
| LIVINGSTON FINANCIAL LLC | Unsecured | 1,299.00 | 1,493.68 | 1,493.68 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 2,356.42 | 2,356.42 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 21,539.38 | 21,539.38 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 25.00 | 25.94 | 25.94 | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL GROUP | Unsecured | 28.57 | NA | NA | 0.00 | 0.00 |
| EDUCATION SALLIE MAE | Unsecured | 17,613.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN GASTROENTEROLOGY L | Unsecured | 115.80 | NA | NA | 0.00 | 0.00 |
| SURGICAL PRACTICE LTD | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY STATES ATTORNEY | Unsecured | 1,230.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL ACCEPTANCE | Unsecured | 3,280.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 149.49 | NA | NA | 0.00 | 0.00 |
| DUPAGE UROLOGY | Unsecured | 29.10 | NA | NA | 0.00 | 0.00 |
| DUPAGE VALLEY ANESTHESIA | Unsecured | 98.21 | NA | NA | 0.00 | 0.00 |
| EDWARD HEALTH VENTURES | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HARVARD COLLECTION | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT FRE | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| CHASE RECEIVABLES | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| CITY OF JOLIET | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| CITY OF NAPERVILLE | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE RECIEVABLES | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLE | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| AMERASSIST AR SOLUTION | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| ANEW DENTAL AND ORTHODONTIC | Unsecured | 264.05 | NA | NA | 0.00 | 0.00 |
| COOK CO ST ATTY BED CHECK REST | Unsecured | 397.57 | NA | NA | 0.00 | 0.00 |
| CRED BUR COLL SRVS/EDWARD AM | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLL | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| CREDIT RCVRY | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| CREDIT RCVRY | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| CRED DIS & AUDIT/HEARTLAND CA | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANT | Unsecured | 720.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 4,972.29 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 84.80 | NA | NA | 0.00 | 0.00 |
| LAB & PATHOLOGY DIAG LLC | Unsecured | 172.60 | NA | NA | 0.00 | 0.00 |
| LAW OFFICE OF ALISON I BLAINE/KO | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| MARY REVELS/CIRCUIT CT OF WILL | Unsecured | 2,168.00 | NA | NA | 0.00 | 0.00 |
| MASSAGE ENVY/SHOREWOOD | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| MED BUS BUR | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT/T | Unsecured | 889.58 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,513.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,278.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST ENDOSCOPY CENTER | Unsecured | 72.06 | NA | NA | 0.00 | 0.00 |
| MIDWEST ENT CONSULTANTS LTD | Unsecured | 87.96 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRG | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGEN | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| WILL CO ST ATTY BED CHECK REST | Unsecured | 337.83 | NA | NA | 0.00 | 0.00 |
| NCO FIN | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| OLIPHANT FINANCIAL | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE CO | Unsecured | 2,788.00 | NA | NA | 0.00 | 0.00 |
| RECOVERY PARTNERS LLC | Unsecured | 129.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQ LLC | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TIDEWATER FINANCE COMPANY | Unsecured | 14,129.81 | 17,855.98 | 17,855.98 | 0.00 | 0.00 |
| VERIZON | Unsecured | 694.00 | 681.58 | 681.58 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,808.48** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,000.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$3,000.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/23/2015                           By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**